UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.    Case Number: 4:25−cr−00146

Matthew Rosas

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

David Hittner

**PLACE:**
Courtroom 8A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 1/8/2026

**TIME:** 12:45 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:   January 6, 2026

Nathan Ochsner, Clerk