# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO.: H-25-146-S |
| | § | |
| v. | § | JUDGE DAVID HITTNER |
| | § | |
| MICHAEL SEERY, | § | |
| RICARDO OBANDO, JR. | § | |
| AND | § | |
| MATTHEW ROSAS | § | |
|     Defendants | § | |

## GOVERNMENT'S RESPONSE TO DEFENDANTS MOTION IN LIMINE REGARDING PRIVILEGED CONVERSATIONS

The Government agrees that the marital privilege applies in this case for confidential communications between Sarah Seery and Michael Seery. However, if the communications were not confidential or there is a legal exception then the Government does not agree that the privilege would apply to those conversations/statements.

The Government agrees that the therapist privilege applies in this case for confidential communications between Michael Seery and his psychotherapist, Roxanne Riefkohl.

        Respectfully submitted,

        NICHOLAS J. GANJEI
        United States Attorney

        */s/ Jill J. Stotts*
        Jill J. Stotts
        Assistant United States Attorneys
        U.S. Attorney's Office, S.D. Texas
        1000 Louisiana, Suite 2300
        Houston, Texas 77002