UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | Criminal Action H-25-146 |
| Michael Seery, Ricardo Obando Jr., § And Matthew Rosas § | |

JURY NOTE #1

How is "Special Issue" on page 47 different than a "Count"?

Please refer to the instructions, as presented to you by the court.

David Hittner
2/3/26